# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 17, 2024
Lyle W. Cayce
Clerk

No. 23-40574
Summary Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

DANIEL DIAZ-ALACANTARA,

*Defendant—Appellant.*
_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:21-CR-90-5
_____

Before HAYNES, HIGGINSON, and DOUGLAS, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on Nov 08, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

2